IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TACITA FAIR, individually and on behalf of those similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:17-CV-02391-SRC |
| C.U. EMPLOYMENT, INC., et al., | ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO DISMISS PARTY PLAINTIFFS CHRISTOPHER MORRISON, RANDY VERBRIDGE, AND ROSA VASQUEZ WITHOUT PREJUDICE

COMES NOW Plaintiff Tacita Fair, by and through undersigned counsel, and for her Motion to Dismiss Party Plaintiffs Christopher Morrison, Randy Verbridge, and Rosa Vasquez Without Prejudice, states as follows:

1. On November 18, 2019, Plaintiff filed a Consent to Join Forms signed by Christopher Morrison ("Morrison"), Randy Verbridge ("Verbridge"), and Rosa Vasquez ("Vasquez") joining them as party plaintiffs pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b). (Doc. #202-7, 203-11, 203-16).

2. Morrison subsequently requested that Plaintiff remove him as a party plaintiff from this action.

3. Verbridge and Vasquez subsequently advised Plaintiff that they did not work as Technicians who installed cable, phone or data services on behalf of Defendants.

4. Plaintiff requests that this Court dismiss Morrison, Verbridge, and Vasquez without prejudice.

WHEREFORE, Plaintiff respectfully requests this Court grant her Motion to Dismiss Party Plaintiffs Christopher Morrison, Randy Verbridge, and Rosa Vasquez Without Prejudice, enter an Order dismissing Morrison, Verbridge and Vasquez as party plaintiffs without prejudice, and for any other and further relief this Court deems just and proper.

Respectfully Submitted,

By: */s/ Michael Mueth*
Kevin J. Dolley (E.D. Mo. #54132MO)
Michael G. Mueth (E.D. Mo. #58995MO)
LAW OFFICES OF KEVIN J. DOLLEY, LLC
2726 S. Brentwood Blvd.
St. Louis, MO 63144
(314) 645-4100 (office)
(314) 736-6216 (fax)
kevin@dolleylaw.com
michael.mueth@dolleylaw.com

*Attorneys for Plaintiff Tacita Fair
and those similarly situated*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served upon the attorneys of record for Defendants by electronic filing on February 19, 2020 through the Court's electronic filing system.

*/s/ Michael Mueth*

2