UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TACITA FAIR, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:17-cv-02391 SRC |
| | ) | |
| COMMUNICATIONS UNLIMITED, INC., et al., | ) ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

This matter comes before the Court on the Parties' Joint Motion and Memorandum of Law for Leave to File Plaintiff's Motion for Approval of FLSA Settlement under Seal [257]. The Court denies the Motion. If the parties would like, they may file briefs establishing the need for the Court to seal the settlement agreement no later than May 7, 2020. If no briefs are filed, the Court will enter an order approving the settlement agreement on May 8, 2020, with the settlement agreement publicly filed.

So Ordered this 24th day of April, 2020.

_SLR.CR_

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE